AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
## Western District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-MJ- 4038 |
| JESSE C. DEJOHN | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about and before, <u>January 14, 2021,</u> in the county of <u>Wayne</u> in the Western District of New York, the defendant violated <u>18</u> U.S.C. § <u>2252A(a)(5)(B)</u>, an offense described as follows:

the defendant did knowingly possess or knowingly access with intent to view, child pornography that had been transported in interstate or foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

This criminal complaint is based on these facts:

X   Continued on the attached sheet.

Please see attached affidavit

_____
Complainant's Signature

Justin J. Burnham, S/A HSI
*Printed name and title*

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 4(d) before me this _____ day of March, 2021.

Date: __March 16, 2021__        Marian W. Payson
                                  *Judge's signature*

City and State: __Rochester, New York__   Hon. Marian W. Payson, U.S. Magistrate Judge
                                           *Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )   SS:
CITY OF ROCHESTER   )

I, Justin J. Burnham, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed for approximately twelve years. I currently investigate crimes committed against children as well as other criminal offenses against the United States.

2. This affidavit is submitted for the limited purpose of establishing probable cause to believe that JESSE C. DEJOHN, born 09/XX/1995, did knowingly possess or knowingly access with intent to view, child pornography that had been transported in interstate or foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

3. The information contained in this affidavit is based upon my personal knowledge, observation, training and experience, as well as conversations with other law enforcement officers and witnesses, and the review of documents and records created in connection with this case. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that JESSE C. DEJOHN did knowingly violate Title 18, United States Code, Section 2252A(a)(5)(B).

4.      On January 14, 2021, the New York State Police (NYSP) executed a New York State search warrant at the residence of DEJOHN located at 1948 State Route 88 N, Newark, NY, 14513.  During the search warrant, the NYSP found JESSE C. DEJOHN to be in possession of an Antec desktop computer and a USB thumb drive that were found in DEJOHN's bedroom.  The NYSP conducted a cursory search of the Antec computer and discovered an image of child pornography.  As a result, the cursory search of DEJOHN's electronic devices was discontinued and a second NYS search warrant was acquired authorizing the search for evidence of child pornography as well.  During the search warrant at DEJOHN's residence, NYSP personnel witnessed DEJOHN make several threatening statements as well as statements about his belongings seized by the NYSP.  Some of the statements directed at NYSP Investigator Paddock include,  "Take my shit, break my door – I hope you die, I hope your whole family dies, Bitch/Whore", "Take my shit – fuck you pig.  Suck my dick.  Wait until you see what happens to that girl, I'll kill that girl", and "I better be getting my shit back.   I'll be busting everything in town.   You'll be getting a lot of calls."

5.      On a later date, the NYSP computer crimes unit conducted a forensic search of DEJOHN's electronic devices.  During the search, approximately 721 images and 5 videos of child pornography were found on DEJOHN's Sandisk 16GB USB Thumb Drive bearing Model SDCZ60-016G and serial number BL151225216B.  Approximately 1455 images and 5 videos of child pornography were found on a Samsung solid state drive (SSD) bearing model number MZ-75E500 contained within DEJOHN's Antec Tower Computer (No Model or Serial Number).

6.  Some of these images found on DEJOHN's Sandisk thumb drive are described as follows:

    a.  File name: free_CP_ilovecphfjziywno.onion_691.jpg. This file depicts a fully-dressed pre-pubescent female approximately 8-10 years of age on her knees in a room with an erect, adult penis in her hands.

    b.  File name: free_CP_ilovecphfjziywno.onion_696.jpg. This file depicts a pre-pubescent female approximately 8-10 years of age fully naked lying on her back with legs spread with her hand near her exposed vagina. This pre-pubescent female also has white fluid located on her stomach and vaginal area.

    c.  File Name: free_CP_ilovecphfjziywno.onion_003.jpg. This file depicts a fully-naked pre-pubescent female approximately 6-8 years of age standing with her vagina exposed and finger on her vagina.

Based upon your affiant's training and experience in the investigation of child pornography cases, these images constitute child pornography, as defined by Title 18, United States Code, Section 2256.

7.  Some of these images found on DEJOHN's Antec desktop computer are described as follows:

    a.  File Name: 7-yo-presents.jpg. This file depicts a pre-pubescent female approximately 10-12 years of age wearing a pink shirt and naked from the waist down. This female is lying on her back with her legs spread on a bed. This pre-pubescent female is using both her hands to expose her vagina.

    b.  File Name: daddy-like-pussy.jpg. This file depicts a pre-pubescent female approximately 6-8 years of age wearing a blue, denim dress. This female is seen lying on her back on a bed with the dress pulled upward to expose her vagina. This female is using both her hands to expose her vagina.

    c.  File Name: free_CP_ilovecphfjziywno.onion_010.jpg. This file depicts a pre-pubescent minor female approximately 10-12 years of age lying on her side on a bed with a blue shirt on, naked from the waist down. This minor female spread her legs exposing her vagina and buttocks. This pre-pubescent female has her index finger inserted into her anus.

3

Based upon your affiant's training and experience in the investigation of child pornography cases, these videos constitute child pornography, as defined by Title 18, United States Code, Section 2256.

8.  The words "MADE IN CHINA" were found printed on the DEJOHN's Sandisk thumb drive and Samsung solid state drive found in his desktop computer, which makes both an instrument of interstate and foreign commerce.

9.  Based upon the forgoing, your affiant respectfully submits that there is probable cause to believe that JESSE C. DEJOHN did knowingly possess or knowingly access with intent to view, child pornography that had been transported in interstate or foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

_____
JUSTIN J. BURNHAM
Special Agent
Homeland Security Investigations

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 and 4(d) before me this __16__ day of March 2021.

*Marian W. Payson*
_____
HON. MARIAN W. PAYSON
United States Magistrate Judge

4